**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON
ADC # 707841                                                                                           PLAINTIFF

V.                                         1:08CV00009 JMM/JFF

JONES, C.O., Arkansas Department of Correction *et al.*                            DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal (docket entry #8), in which Plaintiff seeks a non-suit of her claims against the Defendants. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Motion for Voluntary Dismissal is, therefore, GRANTED and her claims are dismissed without prejudice.

IT IS SO ORDERED this 12th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE