**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON
ADC # 707841                                                                                            PLAINTIFF


V.                                          1:08CV00009 JMM/JFF


JONES, C.O., Arkansas Department of Correction *et al.*                          DEFENDANTS


## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 12th day of March, 2008.


_____
UNITED STATES DISTRICT JUDGE